18C01-2010-CT-000111

Filed: 10/19/2020 12:46 PM
Clerk
Delaware County, Indiana

Delaware Circuit Court 1

| | | |
|---|---|---|
| STATE OF INDIANA | ) | DELAWARE CIRCUIT/SUPERIOR COURT |
| | )SS: | |
| COUNTY OF DELAWARE | ) | SITTING IN _____, INDIANA |

ANNETTE PADGETT           )
                          )
      Plaintiff,     )
                          )
v.                        ) Cause No.
                          )
ANONYMOUS, DNP, APRN-BC,  )
ANONYMOUS, MSW,           )
ANONYMOUS INTERN and      )
ANONYMOUS SERVICES CORP.  )
                          )
      Defendants.

## COMPLAINT FOR MEDICAL MALPRACTICE

### COUNT I

***COMES NOW***, the plaintiff, **ANNETTE PADGETT**, by counsel, and for her cause of action against the defendant, **ANONYMOUS, DNP, APRN-BC ("DNP")**, alleges and says as follows:

1. At all times relevant hereto, **Samuel Al-Samarrie, Deceased** was a patient of **DNP**.

2. At all times relevant hereto, **DNP** was a nurse practitioner duly licensed to practice medicine under the laws of the State of Indiana.

3. On or about October 4, 2018 and continuing through November 17, 2018, **DNP** undertook the care and treatment of **Samuel Al-Samarrie, Deceased**.

4. In caring for and treating **Samuel Al-Samarrie, Deceased**, **DNP** failed to comply with the applicable standards of care proximately causing the death of **Samuel Al-Samarrie, Deceased** on or about November 17, 2018.

1

RECEIVED   OCT 2 1 2020

5. At all times relevant hereto, the plaintiff, **Annette Padgett** was the Parent and Natural Guardian of **Samuel Al-Samarrie, Deceased**.

6. As a further direct and proximate result of said acts and omissions on the part of **DNP**, the plaintiff, **Annette Padgett**, lost the love and affection of her child, has suffered great emotional distress and mental trauma, and has incurred reasonable medical and related expenses and reasonable funeral and burial expenses.

*WHEREFORE*, the plaintiff, **ANNETTE PADGETT**, prays for damages against the defendant, **ANONYMOUS, DNP, APRN-BC**, as are reasonable in the premises, the costs of this action, pre-judgment interest, and for all other just and proper relief in the premises.

Respectfully submitted,

*/s/ Holly S.C. Wojcik*
Holly S.C. Wojcik, # 23197-64
Barry D. Rooth, # 6418-45
William A. Theodoros, #32173
Attorneys for the Plaintiff
**THEODOROS & ROOTH, P.C.**
8750 Broadway, Ste. A
Merrillville, IN 46410
(219) 769-6393

## COUNT II

*COMES NOW*, the plaintiff, **ANNETTE PADGETT**, by counsel, and for her cause of action against the defendant, **ANONYMOUS, MSW ("MSW")**, alleges and says as follows:

1. At all times relevant hereto, **Samuel Al-Samarrie, Deceased** was a patient of **MSW**.

2. At all times relevant hereto, **MSW** was duly licensed to provide healthcare under the laws of the State of Indiana.

3. On or about October 4, 2018 and continuing through November 17, 2018, **MSW** undertook the care and treatment of **Samuel Al-Samarrie, Deceased**.

4. In caring for and treating **Samuel Al-Samarrie, Deceased**, **MSW** failed to comply with the applicable standards of care proximately causing the death of **Samuel Al-Samarrie, Deceased** on or about November 17, 2018.

5. At all times relevant hereto, the plaintiff, **Annette Padgett** was the Parent and Natural Guardian of **Samuel Al-Samarrie, Deceased**.

6. As a further direct and proximate result of said acts and omissions on the part of **MSW**, the plaintiff, **Annette Padgett**, lost the love and affection of her child, has suffered great emotional distress and mental trauma, and has incurred reasonable medical and related expenses and reasonable funeral and burial expenses.

*WHEREFORE*, the plaintiff, **ANNETTE PADGETT**, prays for damages against the defendant, **ANONYMOUS, MSW**, as are reasonable in the premises, the costs of this action, pre-judgment interest, and for all other just and proper relief in the premises.

Respectfully submitted,

/s/ Holly S.C. Wojcik
Holly S.C. Wojcik, # 23197-64
Barry D. Rooth, # 6418-45
William A. Theodoros, #32173
Attorneys for the Plaintiff
**THEODOROS & ROOTH, P.C.**
8750 Broadway, Ste. A
Merrillville, IN 46410
(219) 769-6393

## COUNT III

*COMES NOW*, the plaintiff, **ANNETTE PADGETT**, by counsel, and for her cause of action against the defendant, **ANONYMOUS INTERN ("Intern")**, alleges and says as follows:

1. At all times relevant hereto, **Samuel Al-Samarrie, Deceased** was a patient of **Intern**.

2. At all times relevant hereto, **Intern** was duly licensed or authorized to provide healthcare under the laws of the State of Indiana.

3. On or about October 4, 2018 and continuing through November 17, 2018, **Intern** undertook the care and treatment of **Samuel Al-Samarrie, Deceased**.

4. In caring for and treating **Samuel Al-Samarrie, Deceased**, **Intern** failed to comply with the applicable standards of care proximately causing the death of **Samuel Al-Samarrie, Deceased** on or about November 17, 2018.

5. At all times relevant hereto, the plaintiff, **Annette Padgett** was the Parent and Natural Guardian of **Samuel Al-Samarrie, Deceased**.

6. As a further direct and proximate result of said acts and omissions on the part of **Intern**, the plaintiff, **Annette Padgett**, lost the love and affection of her child, has suffered great emotional distress and mental trauma, and has incurred reasonable medical and related expenses and reasonable funeral and burial expenses.

*WHEREFORE*, the plaintiff, **ANNETTE PADGETT**, prays for damages against the defendant, **ANONYMOUS INTERN**, as are reasonable in the premises, the costs of this action, pre-judgment interest, and for all other just and proper relief in the premises.

Respectfully submitted,

*/s/ Holly S.C. Wojcik*
Holly S.C. Wojcik, # 23197-64
Barry D. Rooth, # 6418-45
William A. Theodoros, #32173
Attorneys for the Plaintiff
**THEODOROS & ROOTH, P.C.**
8750 Broadway, Ste. A
Merrillville, IN  46410
(219) 769-6393

## COUNT IV

*COMES NOW*, the plaintiff, **ANNETTE PADGETT,** by counsel, and for her cause of action against the defendant, **ANONYMOUS SERVICES CORP. ("Corp."),** alleges and says as follows:

1. At all times relevant hereto, **Samuel Al-Samarrie, Deceased** was a patient of **Corp.**

2. At all times relevant hereto, **Corp.** was a corporation duly organized under the laws of the State of Indiana.

3. At all times relevant hereto, **ANONYMOUS, DNP, APRN-BC, ANONYMOUS, MSW, ANONYMOUS INTERN** and the skilled agents, apparent agents, employees and personnel of **Corp.** were acting within the scope of their agency, apparent agency and employment relationship with **Corp.**

4. On or about October 4, 2018 and continuing through November 17, 2018, **Corp.** and its agents, apparent agents, employees and personnel cared for and treated **Samuel Al-Samarrie, Deceased.**

5. In caring for and treating **Samuel Al-Samarrie, Deceased**, **ANONYMOUS, DNP, APRN-BC, ANONYMOUS, MSW, ANONYMOUS INTERN**, and the agents, employees and personnel of **Corp.**, while acting within the scope of their agency and employment relationship with **Corp.**, failed to comply with the applicable standards of care proximately causing the death of **Samuel Al-Samarrie, Deceased** on or about November 17, 2018.

6. At all times relevant hereto, the plaintiffs, **Annette Padgett**, was the Parent and Natural Guardian of **Samuel Al-Samarrie, Deceased**.

7. As a further direct and proximate result of said acts and omissions on the part of **Corp.**, the plaintiff, **Annette Padgette**, lost the love and affection of her child, has suffered great emotional distress and mental trauma, and has incurred reasonable medical and related expenses and reasonable funeral and burial expenses.

*WHEREFORE*, the plaintiff, **ANNETTE PADGETT**, prays for damages against the defendant, **ANONYMOUS SERVICES CORP.**, as are reasonable in the premises, the costs of this action, pre-judgment interest, and for all other just and proper relief in the premises.

Respectfully submitted,

/s/ *Holly S.C. Wojcik*
Holly S.C. Wojcik, # 23197-64
Barry D. Rooth, # 6418-45
William A. Theodoros, #32173-49
Attorneys for the Plaintiff
**THEODOROS & ROOTH, P.C.**
8750 Broadway, Ste. A
Merrillville, IN 46410
(219) 769-6393

## JURY DEMAND

***COMES NOW*** the plaintiff, by counsel, and demands trial by jury.

Respectfully submitted,

/s/ *Holly S.C. Wojcik*
Holly S.C. Wojcik, # 23197-64
Barry D. Rooth, # 6418-45
William A. Theodoros, #32173-49
Attorneys for the Plaintiffs
**THEODOROS & ROOTH, P.C.**
8750 Broadway, Ste. A
Merrillville, IN 46410
(219) 769-6393