UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANNETTE PADGETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:21-cv-00196-JMS-DLP |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**SUBMISSION OF PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

This matter is before the Court on the Defendant United States of America's Motion for Summary Judgment filed pursuant to Fed. R. Civ. P. 56. The Plaintiff has reviewed the motion and is not planning to file a response. The Parties have conferred and have consented to the entry of the Proposed Order, which is filed contemporaneously with this submission. Accordingly, the Parties request that the Court enter the Proposed Order Granting Defendant's Motion for Summary Judgment, without prejudice, with Parties to bear their own fees, costs, and expenses.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By: *s/ Shelese Woods*
Shelese Woods
Assistant United States Attorney

United States Attorney's Office
10 W. Market, Suite 2100
Indianapolis, Indiana 46204-3048
Telephone:   317-226-6333
Facsimile:   317-226-5027

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2021, the foregoing was filed electronically through ECF/CM, a copy of which will be distributed to the following counsel of record:

Holly S.C. Wojcik
Barry D. Rooth
William A. Theodoros
Theodoros & Rooth, P.C.
8750 Broadway, Suite A
Merrillville, IN 46410

Michael G. Getty
Philip Kalamaros
HUNT SUEDHOFF KALAMAROS LLP
P O Box 11489
803 S. Calhoun St. 9th Fl.
Ft. Wayne, IN 46858-1489

s/ <i>Shelese Woods</i>
Shelese Woods
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333