UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ANNETTE PADGETT, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | No. 1:21-cv-00196-JMS-DLP |
| | ) | |
| ANONYMOUS, DNP, APRN-BC, | ) | |
| ANONYMOUS, MSW, | ) | |
| ANONYMOUS INTERN, | ) | |
| ANONYMOUS SERVICES CORP., and | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Defendants*. | ) | |

**AGREED JUDGMENT**

Pursuant to the United States of America's Notice of Substitution, [Filing No. 3], the Clerk is **DIRECTED** to **TERMINATE** the individual Defendants: Anonymous, DNP, APRN-BC; Anonymous, MSW; Anonymous Intern, and Anonymous Services Corp.  Having granted the United States of America's Motion for Summary Judgment, the Court now enters **FINAL JUDGMENT** and **DISMISSES** this action **WITHOUT PREJUDICE**.

Date: 3/11/2021

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**

1